NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELIZABETH J. GIBBS,                    )
                                       )
      Appellant,               )
                                       )
v.                                     )    Case No. 2D18-3896
                                       )
BAYVIEW LOAN SERVICING LLC,            )
                                       )
      Appellee.                )
_____)

Opinion filed November 8, 2019.

Appeal from the Circuit Court for
Hillsborough County; Laurel M. Lee,
Judge.

Elizabeth J. Gibbs, pro se Appellant.

Jacqueline J. Brown and Sean P.
Belmudez of McCabe, Weisberg &
Conway, LLC, Tampa, for Appellee.


PER CURIAM.

      Affirmed.


CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.